949 So.2d 1118 (2007)
Richard Arthur BERTKE, Appellant,
v.
STATE of Florida, Appellee.
No. 5D06-1347.
District Court of Appeal of Florida, Fifth District.
February 20, 2007.
Jill S. Barger, St. Augustine, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Martinez v. State, 933 So.2d 1155 (Fla. 3d DCA 2006).
PLEUS, C.J., SAWAYA and MONACO, JJ., concur.